1 | Craig J. Mariam (SBN: 10926)
cmariam@grsm.com
2 | GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
3 | Las Vegas, NV 89101
Phone: (702) 577-9333
4 | Fax: (877) 306-0043

5 | Attorneys for Defendant
I.Q. DATA INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| SHIRA ALLEN, | ) CASE NO. 2:18-cv-00591-GMN-PAL |
|---|---|
| Plaintiff, | ) *Honorable Gloria M. Navarro* |
| vs. | ) **STIPULATION TO EXTEND TIME FOR DEFENDANT I.Q. DATA INTERNATIONAL, INC. TO FILE AND SERVE ANSWER TO COMPLAINT** |
| I.Q. DATA INTERNATIONAL, INC. | |
| Defendant. | ) (First Request) |

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED AND AGREED, by and between Craig J. Mariam, Esq., of the law firm Gordon Rees Scully Mansukhani LLP, attorneys for defendant I.Q. Data International, Inc., and Mitchell D. Gliner, Esq., of the law firm Mitchell D. Gliner, Esq., attorneys for plaintiff Shira Allen, that the date for defendant I.Q. Data International, Inc. to file and serve a response to plaintiff's Complaint be extended through and including June 7, 2018. The reason for the request is that the parties are currently engaged in productive settlement

*///*

*///*

*///*

*///*

*///*

-1-
STIPULATION TO EXTEND TIME TO FILE AND SERVE ANSWER TO COMPLAINT
CASE NO. 2:18-cv-00591-GMN-PAL

1  discussions in an effort to avoid further litigation.  As such, the parties require additional time to

2  engage in settlement negotiations.

3  This is the parties' first request for an extension.

4  Respectfully submitted,

5  DATED this 7th day of May, 2018                    DATED this 7th day of May, 2018

7    /s/ Mitchell D. Gliner                                 /s/ Craig J. Mariam
MITCHELL D. GLINER, ESQ.                           CRAIG J. MARIAM, ESQ.
8  Nevada Bar #003419                                           SBN: 10926
3017 W. Charleston Blvd., #95                            GORDON REES SCULLY MANSUKHANI, LLP
9  Las Vegas, NV 89102
Attorney for Plaintiff                                           300 S. 4th Street, Suite 1550
10                                                                                Las Vegas, NV 89101
                                                                                  Attorneys for Defendant
11                                                                                I.Q. Data International, Inc.

**<u>ATTESTATION REGARDING SIGNATURES</u>**

14  I certify that all signatories listed, and on whose behalf the filing is submitted, concur in

15  the filing's content and have authorized the filing.

17  Dated: May 7, 2018                                        /s/ Craig J. Mariam
                                                                          CRAIG J. MARIAM

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV  89101**

# ORDER

The Court, having considered the stipulation submitted herewith, hereby enters the following Order:

Defendant I.Q. Data International, Inc.'s deadline to file and serve a responsive pleading to plaintiff's Complaint is extended through and including June 7, 2018.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 8, 2018