Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SHIRA ALLEN,                                    )
                                               )
            Plaintiff,                         )
                                               )        No. 2:18-cv-00591-GMN-PAL
vs.                                            )
                                               )    **STIPULATION AND ORDER FOR**
I.Q. DATA INTERNATIONAL, INC.                  )    **DISMISSAL WITH PREJUDICE**
                                               )
            Defendant.                         )
_____)

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties

hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own

costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                        GORDON REES SCULLY
                                                MANSUKHANI, LLP




MITCHELL D. GLINER, ESQ.                        CRAIG J. MARIAM, ESQ.
Nevada Bar No. 3419                             Nevada Bar No. 10926
3017 W. Charleston Blvd. # 95                   300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89102                         Las Vegas, Nevada 89101
Attorney for Plaintiff                          Attorneys for Defendant


IT IS SO ORDERED this 21 day of August, 2018.



_____
UNITED STATES DISTRICT JUDGE